DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FLORIDA DEBT ACQUISITIONS, INC.,

Petitioner,

v.

THOMAS SAXON,

Respondent.

No. 2D2025-0965

_____

November 14, 2025

Petition for Writ of Certiorari to the County Court for Hillsborough
County; Emily A. Peacock, Judge.

Michael Farrar of Michael J. Farrar, P.A., Doral, for Petitioner.

Brandon S. Vesely, Robert E. Biasotti, and Shannon L. Troutman of The
Florida Appellate Firm, P.A., St. Petersburg, for Respondent.


PER CURIAM.

    Dismissed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.